UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KAREN ELAINE MEHLROSE,

                Plaintiff,

    v.                                        **ORDER**
                                            20-CV-3406 (WFK) (LGD)

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

        On February 15, 2024, the Honorable Magistrate Judge Lee G. Dunst issued a Report and Recommendation ("R&R") recommending granting Plaintiff's motion for attorney's fees. *See* ECF No. 34.

        The parties did not file any objections to the R&R, which were due by Thursday, February 29, 2024. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). The Court reviews an R&R for clear error when no objections have been filed. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). The Court finds no such error here and therefore adopts the R&R in its entirety. Specifically, the Court ORDERS the Commissioner of the Social Security Agency to disburse $24,044.25 to Alegria and Associates, PLLC ("Alegria"), and further ORDERS Alegria, upon receipt of the $24,044.25 award, to refund to Plaintiff the $6,726.00 previously awarded to Alegria pursuant to the Equal Access to Justice Act. The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 24.

SO ORDERED.



s/ WFK

_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: March 7, 2024
       Brooklyn, New York